December 5, 2025

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re: *Invictus Lighting LLC v. RAB Lighting Inc.* - No. 25-cv 05829(JLR)

Dear Judge Rochon:

  Pursuant to Your Honor's Individual Rules of Practice, counsel for the parties in the above-referenced action respectfully submit the requested proposed Civil Case Management Plan and Scheduling Order ("Scheduling Order"), which is attached as Exhibit A, along with this joint letter providing an update as to the case status, contemplated motions, and the prospect of settlement in accordance with Your Honor's Individual Rules of Practice.

  **1. Case Description/Status**

  Plaintiff Invictus Lighting LLC ("Invictus"), a North Carolina LED lighting technology company, brought this action against RAB Lighting, Inc. ("RAB"), a New York-incorporated lighting manufacturer, alleging infringement of U.S. Patent No. 9,801,245 ("the 245 Patent"). On December 1, 2025, RAB filed its Answer to the Complaint denying liability and alleging defenses of, *inter alia*, non-infringement and invalidity.

  No discovery has yet taken place. The parties have discussed discovery timelines in this case, which are reflected in the proposed Scheduling Order. The parties will serve initial disclosures by December 30, 2025, pursuant to Federal Rule of Civil Procedure 26(a)(1). The parties expect to complete fact discovery 60 days after the Court enters its Markman Order. .

  The parties contemplate seeking depositions, including depositions of third parties, to be completed by the close of fact discovery. Additionally, both parties intend to retain expert witnesses. The parties expect to complete expert discovery 120 days after the Court enters its Markman Order.

  **2. Contemplated Motions**

  Plaintiff does not presently anticipate filing any pre-discovery motions but reserves the right to move to strike any defenses that may be legally insufficient based on Defendant's forthcoming contentions.

At this time, RAB intends to present its invalidity case for the patent-in-suit before the United States Patent & Trademark Office ("USPTO") as an alternative to litigation. Should the USPTO order a review of the patent-in-suit, RAB expects to file a motion to stay this case pending USPTO review.

**3. Prospect of Settlement**

The parties engaged in settlement discussions beginning in July 2025 under Federal Rule of Evidence 408. The parties were unable to resolve the dispute.

Plaintiff is open to settlement discussions and would not be opposed to private mediation at some future date. RAB remains open to settlement discussions between the parties.

| | |
|---|---|
| */s/ David L. Hecht* | */s/ Tonia A. Sayour* |
| dhecht@hechtpartners.com | Michael N. Rader |
| David L. Hecht | mrader@wolfgreenfield.com |
| Hecht Partners LLP | Tonia A. Sayour |
| 125 Park Avenue, 25th Floor | tsayour@wolfgreenfield.com |
| New York, NY 10017 | WOLF, GREENFIELD & SACKS, P.C. |
| Tel: 212-851-6821 | 605 Third Avenue, 25th Floor |
| | New York, NY 10158 |
| | 617.646.8000 Phone |
| | 617.646.8646 Fax |
| | |
| | Scott A. McKeown (*pro hac vice*) |
| | smckeown@wolfgreenfield.com |
| | WOLF, GREENFIELD & SACKS, P.C |
| | 601 Massachusetts Avenue NW |
| | Washington, DC 20001 |
| | 617.646.8000 Phone |
| | 617.646.8646 Fax |

#14685586v1