UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INVICTUS LIGHTING LLC,

Plaintiff,

-against-

RAB LIGHTING, INC.,

Defendant.

Case No. 1:25-cv-05829 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 15, 2026, the Court stayed this action pending completion of the United States Patent and Trademark Office's *ex parte* reexamination of the patent at issue. *See* Dkt. 27. In so holding, the Court ordered the parties to "submit a joint status letter every ninety days updating the Court on the status of the reexamination proceedings." *Id.* at 9. The first of such letters was therefore due on July 14, 2026. The parties have not filed anything with the Court.

Accordingly, the parties are ordered to file a joint status letter forthwith, and no later than **July 23, 2026**.

Dated: July 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge